[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-10356
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 28, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:07-cr-00279-CAP-GGB-29

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEOPOLDO CASTANDA HERRERA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(February 28, 2011)

Before BARKETT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Robert H. Citronberg, appointed counsel for Leopoldo Castanda Herrera, in

this direct criminal appeal, has moved to withdraw from further representation of

Herrera and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Herrera's convictions and sentences are **AFFIRMED**.